NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

13-555

SYDIRYL LEWIS

VERSUS

IBERIA BANK

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. C-20124763
HONORABLE DURWOOD WAYNE CONQUE, DISTRICT JUDGE

**********

SHANNON J. GREMILLION
JUDGE

**********

Court composed of John D. Saunders, Shannon J. Gremillion, and Phyllis M. Keaty, Judges.

APPEAL DISMISSED.

Frank X. Neuner, Jr.
Jeffrey K. Coreil
NeunerPate
P.O. Box 52828
Lafayette, LA 70505-2828
(337) 237-7000
COUNSEL FOR DEFENDANT/APPELLEE:
    Iberia Bank

**Sydiryl Lewis**
**United States Penitentiary - Pollock**
**P. O. Box 2099**
**Pollock, LA 71467**
**PRO SE**

**GREMILLION, Judge.**

For the reasons set forth in 13-927 (La.App. 3 Cir. 10/23/13) (an unpublished writ), the issue addressed in this appeal is moot and appellant's appeal is hereby dismissed.

**APPEAL DISMISSED**.

THIS OPINION IS NOT DESIGNATED FOR PUBLICATION.
Rule 2-16.3 Uniform Rules, Court of Appeal.